## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:23-cv-001706

**MORDHORST CLEANING, LLC D/B/A BLUE RIBBON EXTERIORS & CONSTRUCTION, a Colorado Limited Liability Corporation**,

      Plaintiff,

v.

**AMERICAN FAMILY MUTUAL INSURANCE COMPANY, a Foreign Corporation**,

      Defendant.

---

## CORPORATE DISCLOSURE STATEMENT

---

Pursuant to their obligations under Federal Rule of Civil Procedure 7.1(a)(2), Plaintiff, Mordhorst Cleaning LLC informs the Court that there are two members of Plaintiff, Richard Mordhorst and Ryan Mordhorst. Richard Mordhorst is domiciled in the State of Iowa and Ryan Mordhorst is domiciled in the State of Colorado.

DATED this 26th day of September, 2023.

/s/ Matthew W. Hamblin
Matthew W. Hamblin, Esq.
Jon. M. Topolewski, Esq.
**ROBINSON & HENRY, P.C**
216 16th Street, Suite 750
Denver, CO 80202
Telephone: (303) 688-0944
FAX: (303) 284-2942
E-mail: matthew.hamblin@robinsonandhenry.com
jon@robinsonandhenry.com

*Attorneys for Plaintiff*

1

## <u>CERTIFICATE OF SERVICE</u>

I, hereby certify that a true and correct copy of the above and foregoing **CORPORATE**

**DISCLOSURE STATEMENT** was filed and served electronically via CM/ECF on this 26th day

of September 2023, to the following:


Sandy Eloranto, Esq.
Tatyana V. Beschastna, Esq.
Sutton | Booker P.C.
4949 S. Syracuse, Suite 500
Denver, CO 80237
seloranto@suttonbooker.com
tbeschastna@suttonbooker.com

*Attorneys for Defendant*


                                                   **ROBINSON & HENRY, P.C.**
                                                   By: *<u>/s/ JaLen Ayers</u>*
                                                   JaLen Ayers, Paralegal
                                                   Robinson & Henry, P.C.
                                                   216 16th Street, Suite 750
                                                   Denver, CO 80202
                                                   Phone: 303.688.0644
                                                 Fax: 303.284.2942
                                                 Email: jalen.ayers@robinsonandhenry.com